IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00371-MJW-BNB

**REBECCA PLUMER,**

    Plaintiff,

**ALLIED VAN LINES, INC.**

    Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

( Docket No. 66 )

---

THIS MATTER comes before the Court upon the parties' stipulated motion for dismissal with prejudice. The Court having reviewed the same, and being duly advised in the premises;

DOTH ORDER that said motion be and hereby is GRANTED. All claims that were asserted or could have been asserted in this action are hereby DISMISSED WITH PREJUDICE. Each party shall pay its own attorney fees and costs.

DATED this 6th day of June, 2007.

BY THE COURT

Michael J. Watanabe
United States Magistrate Judge